# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| Timothy D. Schram, | : | |
| Plaintiff, | : | Case No. 3:13cv00158 |
| vs. | : | District Judge Timothy S. Black |
| | | Chief Magistrate Judge Sharon L. Ovington |
| Carolyn W. Colvin, | : | |
| Acting Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court upon the parties' Joint Motion to Remand. (Doc. #5). The parties agree that good cause exists to remand this case under Sentence 6 of 42 U.S.C. §405(g) for further administrative proceedings because the Administrative Law Judge relied, in part, on evidence that pertained to an individual other than Plaintiff. In light of the parties' agreement that the ALJ relied, in part, on such evidence, the parties have established that good cause for a Sentence 6 remand. *See* Doc. #5.

### IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Motion to Remand pursuant to Sentence 6 of 42 U.S.C. §405(g) (Doc. #5) is **GRANTED**; and

2.   **<u>On or before January 2, 2014, and continuing every three months thereafter</u>**, the Commissioner shall file a Report in this case indicating the status of the administrative proceedings.

July 2, 2013

                              <u>     s/Sharon L. Ovington     </u>
                                     Sharon L. Ovington
                        Chief United States Magistrate Judge